UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JESSICA RENEE LOUISE THORNTON, | CASE NO. 1:25CV712 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| -vs- | |
| COMMISSIONER OF SOCIAL SECURITY, | MEMORANDUM OF OPINION AND ORDER |
| Defendant. | |

On November 25. 2025, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 13) recommending that the Court AFFIRM the decision of the Commissioner.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  No objections were filed within that time frame.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.

Dated:  January 28, 2026           /s/ John R. Adams
                                   JOHN R. ADAMS
                                   UNITED STATES DISTRICT JUDGE